ALVAH PARKS, RESPONDENT, v. DELAWARE, LACKA-WANNA AND WESTERN RAILROAD COMPANY, APPELLANT.

Submitted July 6, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 577.

For the respondent, *Richard Doherty.*

For the appellant, *Frederic B. Scott.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ.   11.

*For reversal*—None.

---

PUBLIC SERVICE RAILWAY COMPANY, RESPONDENT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, APPELLANT.

Argued June 29, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 123.

For the respondent, *Frank Bergen.*

For the appellant, *Frank H. Sommer* and *Joseph E. Stricker*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, JJ.    11.

*For reversal*—None.

---

RIDLEY'S—THE OLD CHAMBERS STREET CANDY MANUFACTORY, RESPONDENT, v. JAMES B. BROCKHURST, APPELLANT.

Submitted July 6, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"We think the court properly declined to nonsuit the plaintiff. The plaintiff submitted proof, without objection, that it was a corporation.

"There was no finding of fact as to where the contract in suit was made. The presumption in such case is that the necessary fact was found, *i. e.*, that it was not a New Jersey contract.

· "There is no merit in the objection that the judgment should have been only for the excess of the payment into court. The statute relied upon (*Pamph. L.* 1904, *p.* 241) contemplates a judgment for the amount found due.

"The judgment will be affirmed, with costs."